

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON SONNTAG, | 3:07-CV-311-BES-VPC |
| Plaintiff, | |
| v. | **ORDER** |
| DENNIS BALAAM, THE SHERIFF OF WASHOE COUNTY, WASHOE COUNTY BOARD OF SUPERVISORS, DEPUTY BARNES, BONNIE SHULER, DEPUTY SHELDON, DEPUTY OBOS, DEPUTY BAKER, DEPUTY PORTER, JUDGE CONNIE STEINHEIMER, LIBRARIAN COUNTY LAW LIBRARY, | |
| Defendants. | |

Before the Court is defendants' Motion to Dismiss (#33), defendant Honorable Judge Steinheimer's Motion to Dismiss (#24), defendants' Motion to Dismiss Plaintiff's Complaint for Declaratory Relief (#35) and plaintiff's Motion to Strike Defendants' Motion to Dismiss (#42). This action was referred to U.S. Magistrate Robert A. McQuaid, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4. The Magistrate Judge submitted his Report and Recommendation (#55) on December 5, 2008, recommending that this Court grant in part and deny in part defendants' Motion to Dismiss Plaintiff's Amended Complaint, grant defendant Honorable Judge Steinheimer's Motion to Dismiss and defendants' Motion to Dismiss and deny plaintiff's Motion to Strike.  Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#56) on January 5, 2009 and defendants' Response (#59) was filed on January 12, 2009.

# I. ANALYSIS

## A. Review of Magistrate Judge's Order

Any party may object to a magistrate judge's case dispositive proposed order, findings, or recommendations. 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b); LR 74.2. The district court must make a *de novo* determination of those portions of the magistrate judge's report to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. Id. De novo review means the court must consider the matter anew, the same as if it had not been heard before and as if no decision previously had been rendered. Ness v. Commissioner, 954 F.2d 1495, 1497 (9th Cir. 1992). Thus, although the district court need not hold a de novo hearing, the court's obligation is to arrive at its own independent conclusion about those portions of the magistrate judge's findings or recommendation to which objections are made. United States v. Remsing, 874 F.2d 614, 617 (9th Cir. 1989).

After conducting a *de novo* review of the record, the Court accepts and adopts the Magistrate Judge's recommendation (#55).

## III. CONCLUSION

IT IS HEREBY ORDERED that defendant Steinheimer's Motion to Dismiss (#24) is GRANTED.

IT IS HEREBY ORDERED that Washoe County defendants' Motion to Dismiss (#33) is GRANTED as to Count I with prejudice and Count II without prejudice and DENIED as to Count III. Defendants Spitzer, Gammick and the Washoe County Board of Supervisors are DISMISSED from the complaint with prejudice.

IT IS FURTHER ORDERED that Plaintiff may amend his complaint within thirty (30) days from the date of entry of this Order restating Count II. In compliance with Rule 8, plaintiff should include: "(1) the constitutional right that [Plaintiff] believes was violated; (2) the name of the defendant[s] who violated the right; (3) exactly what the defendant did or failed to do; (4) how the action or

inaction of the defendant[s] is connected to the violation of [Plaintiff]'s constitutional right; and (5) what specific injury Plaintiff suffered because of the defendants['] conduct." Tucker v. Stewart, 72 Fed.Appx. 597, 598 (9th Cir. 2003).

IT IS HEREBY ORDERED that Washoe County defendants' Motion to Dismiss Plaintiff's Complaint (#35) for Declaratory Relief (#38) is GRANTED.

IT IS HEREBY ORDERED that plaintiff's Motion to Strike (#42) is DENIED.

The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: This 22nd day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE

3