1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8

9   JASON ERIC SONNTAG,                    )      3:07-CV-311-RCJ(RAM)
                                           )
10                 Plaintiff,              )
                                           )      **ORDER**
11        v.                               )
                                           )
12  DENNIS BALAAM, et al.,                 )
                                           )
13                 Defendants.             )
                                           )
14  _____

15        Before the Court is Plaintiff's Opposition to Report and Recommendation of Magistrate

16  Judge Motion to Strike and Vacate Biased, Conflicted Report (#72) filed on August 24, 2009.

17  This action was referred to U.S. Magistrate Robert A. McQuaid, Jr., pursuant to 28 U.S.C. §

18  636(b)(1)(B) and LR IB 1-4. The Magistrate Judge submitted his Report and Recommendation

19  (#71) on August 3, 2009, recommending that this Court enter an order granting Defendants'

20  Motion to Dismiss the Second Amended Complaint (#64).

21                              **I. ANALYSIS**

22  **A.      Review of Magistrate Judge's Order**

23        Pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 3-2, a party may file specific written

24  objections to the findings and recommendations of a magistrate judge made pursuant to LR

25  IB 1-4. The district court must make a *de novo* determination of those portions of the

26  ///

27  ///

28

1   magistrate judge's report to which objection is made and may accept, reject, or modify, in

2   whole or in part, the findings or recommendations made by the magistrate judge. LR IB 3-2(b).

3   *De novo* review means the court must consider the matter anew, the same as if it had not

4   been heard before and as if no decision previously had been rendered.  <u>Ness v.</u>

5   <u>Commissioner</u>, 954 F.2d 1495, 1497 (9th Cir. 1992).  Thus, although the district court need

6   not hold a de novo hearing, the court's obligation is to arrive at its own independent conclusion

7   about those portions of the magistrate judge's findings or recommendation to which objections

8   are made.  <u>United States v. Remsing</u>, 874 F.2d 614, 617 (9th Cir. 1989).

9        After conducting a *de novo* review of the record, the Court accepts and adopts the

10  Magistrate Judge's Minutes of the Court (#71).

## III. CONCLUSION

12       IT IS HEREBY ORDERED that the court ACCEPTS and ADOPTS in whole the Report

13  and Recommendation of U.S. Magistrate Judge (#71), and Plaintiff's Opposition to Report and

14  Recommendation of Magistrate Judge Motion to Strike and Vacate Biased, Conflicted Report

15  (#72) is DENIED.

16       IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (#64) is GRANTED as

17  follows:

18       1.      Counts I and II of the Second Amended Complaint (#42) are DISMISSED with

19  prejudice and Count III with leave to amend.

20       IT IS FURTHER ORDERED that Plaintiff shall file a Third Amended Complaint stating

21  only Count III in a manner identical to the previously filed Complaint (#14) within thirty (30)

22  days from entry of this Order.  The Clerk of the Court shall enter judgment accordingly.

23       IT IS SO ORDERED.

24       DATED: This 23 day of October, 2009.

27  Robert C. Jones
    UNITED STATES DISTRICT JUDGE