# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON ERIC SONNTAG, | 3:07-CV-00311-RCJ(RAM) |
| Plaintiff, | |
| v. | **ORDER** |
| DENNIS BALAAM, *et al.,* | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Special Review De Novo (#85) Order Accepting and Adopting #55(#61) filed on October 27, 2009.

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. §636 (b)(1), and concludes that the Court's ruling was neither clearly erroneous nor contrary to law.

IT IS HEREBY ORDERED that the District Court's Order (#61) will, therefore, be sustained and Plaintiff's Motion/Objections to Court Order #61(#85) is DENIED.

IT IS SO ORDERED.

DATED: this 12th day of August, 2010.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE