UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASON ERIC SONNTAG,

        Plaintiff,

   v.

DENNIS BALAAM, *et al.,*

        Defendants.

3:07-CV-311-RCJ(RAM)

**ORDER**

    Before the Court is the Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr., (#106[1]) entered on May 6, 2010, recommending granting Defendant Judge Steinheimer's Motion to Dismiss (Doc #93). Plaintiff filed his Objection to the Report and Recommendation (#107) on May 25, 2010.

    The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#106) entered on May 6, 2010, should be adopted and accepted.

    IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#106) entered on May 6, 2010, is adopted and accepted, and Defendant Judge Steinheimer's Motion to Dismiss (#93) is GRANTED and Judge Steinheimer is DISMISSED with prejudice.

///

///

///

///

---

[1] Refers to court's docket number.

1     IT IS FURTHER ORDERED that Plaintiff's Objection to the Report and Recommendation
2 (#107) is DENIED.
3     IT IS SO ORDERED.
4     DATED: this 12th day of August, 2010.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE