1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                          **DISTRICT OF NEVADA**
8
9   JASON ERIC SONNTAG,                           3:07-CV-00311-RCJ(RAM)
10                  Plaintiff,
                                                  **ORDER**
11        v.
12  DENNIS BALAAM, *et al.,*
13                  Defendants.
    _____
14
15        Before the Court is Plaintiff's Motion to Strike the Court's Order #111(#114) filed on August
16  4, 2010.
17        The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and
18  other relevant matters of record pursuant to 28 U.S.C. §636 (b)(1), and concludes that the Court's ruling
19  was neither clearly erroneous nor contrary to law.
20        IT IS HEREBY ORDERED that the Court Order (#111) will, therefore, be sustained and
21  Plaintiff's Motion to Strike (#114) is DENIED.
22        IT IS SO ORDERED.
23        DATED: this 12th day of August, 2010.
24
25                                                  _____
26                                                  ROBERT C. JONES
                                                    UNITED STATES DISTRICT JUDGE
27
28