UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON ERIC SONNTAG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS BALAAM, *et al.,*<br><br>　　　　　Defendants. | 3:07-CV-00311-RCJ(RAM)<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Vacate the Court Order #110(#115) filed on August 4, 2010.

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. §636 (b)(1), and concludes that the Court's ruling was neither clearly erroneous nor contrary to law.

IT IS HEREBY ORDERED that the Court Order (#110) will, therefore, be sustained and Plaintiff's Motion to Vacate (#115) is DENIED.

IT IS SO ORDERED.

DATED: this 12th day of August, 2010.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE