AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

JASON ERIC SONNTAG,

       Plaintiff,                JUDGMENT IN A CIVIL CASE

V.

DENNIS BALAAM, et al.,        Case No.  3:07-cv-00311-RCJ-RAM

       Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendants' [112] Motion for Summary Judgment is GRANTED.

  March 21, 2011                           **LANCE S. WILSON**
     Date                                       Clerk

                                               /s/  M. Campbell
                                                    Deputy Clerk