**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JASON ERIC SONNTAG, | ) | |
| Plaintiff, | ) ) ) | 3:07-cv-00311-RCJ -RAM |
| vs. | ) ) | |
| DENNIS BALAAM et al., | ) ) | **ORDER** |
| Defendants. | ) ) | |

Plaintiff Jason Eric Sonntag sued several Defendants for constitutional violations arising out of his pretrial detention at the Washoe County Jail. The Court granted summary judgment to Defendants as against the remaining claims in the Third Amended Complaint. (*See* Order, Mar. 3, 2011, ECF No. 124). Plaintiff has appealed, but several motions remain pending upon which the Court must rule before the Court of Appeals may consider the appeal. Although variously titled, all the motions except two are in substance motions to reconsider, and the Court declines to reconsider. As to the remaining two motions, the Court declines to grant a stay but grants leave to proceed in forma pauperis on appeal. *See* Fed. R. App. P. 24(a)(3).

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motions to Reconsider (ECF Nos. 126, 127, 128, 131, 133) are DENIED.

IT IS FURTHER ORDERED that the Motion to Stay (ECF No. 134) is DENIED.

IT IS FURTHER ORDERED that the Motion for Leave to Proceed In Forma Pauperis on Appeal (ECF No. 136) is GRANTED.

IT IS SO ORDERED.

Dated this 31st day of May, 2011.

_____
ROBERT C. JONES
United States District Judge